UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )   U.S. Marshal #: __55188-004__
            Plaintiff )   Case Number: CR __00-4025-Snow__
                                 )   REPORT COMMENCING CRIMINAL
    -vs-                         )   ACTION
                                 )
__Ricardo James__                )
            Defendant

FILED by __AC__ D.C.
FEB - 7 2000
CLARENCE N. MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __2/4/00    7:30  am/(pm)__

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Consp. Poss w/Intent To Distribute__

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: __2-3-53__

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: __S/A Troy Mitchell / Doug McElwain__

(10) Agency: __DEA__    (11) Phone: __(954) 489-1887__

(12) Comments: _____