# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RICHARDO JAMES (J)  CASE NO: 00-4025-SNOW

AUSA: TERRY THOMPSON *pres*  ATTY: _____

AGENT: DEA  VIOL: CONSP PWID COCAINE

PROCEEDING I/A ON COMPLAINT  RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no  COUNSEL APPOINTED

*FILED by ___ D.C. FEB -7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

___ BOND SET @

___ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: ___

Deft advised of charges — sworn
for apptmt of counsel — CJA oral
to be appt'd

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: ___

(PTD)/BOND HRG: 2-10  10  LSS ✓

PRELIM/ARRAIGN: 2-17  11  BSS ✓

REMOVAL HRG: ___

STATUS CONF: ___

Date: 2/7/00    Time 11:00    FTL/LSS TAPE #00- 007    Begin: 1221    End: ___