COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RICHARDO JAMES (J)        CASE NO: 00-4025-SNOW
AUSA: TERRY THOMPSON _pres_     ATTY: ALVIN ENTIN /Richard DeLafena/
AGENT:                          VIOL:
PROCEEDING (PTD) HEARING        RECOMMENDED BOND
(PTD) BOND HEARING HELD (yes)/no   COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

Gov't proceeded by proffer
S/A Troy Mihok - written for cross

PTD    danger & risk of flight
Ordered

*FILED by ___ D.C. FEB 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:

Date: 2-11-00   Time: 10:30   FTL/LSS TAPE #00- 009   Begin: 2840   End: 165
                              and 00-010