

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6040-CR-Zloch

UNITED STATES OF AMERICA

      vs

Richardo James

<u>ARRAIGNMENT INFORMATION SHEET</u>

    The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 2-17-00 , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:    Address:_____IN CUSTODY_____

                  _____

                  _____

                  Telephone:_____

DEFENSE COUNSEL:  Name:_____Alvin Entin_____

                  Address:_____

                  _____

                  Telephone:_____

BOND SET/CONTINUED:  $_____Remains in custody_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this____17____day of ____February_____, 20_00_.

                    CLARENCE MADDOX
                    COURT ADMINISTRATOR / CLERK

                    By:_____

                      Deputy Clerk

                    Tape No._____00-017_____

cc: Clerk for Judge
    U. S. Attorney