# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Richardo James (J)#  
AUSA: Terry Thompson /Behnke/  
AGENT: _____  
PROCEEDING: ~~Prelim~~/Arraignment  
BOND HEARING HELD - yes/no  
___ BOND SET @ _____  
CO-SIGNATURES: _____  
SPECIAL CONDITIONS: _____  

CASE NO: 00-6040-CR-Zloch ~~00-4025-Snow~~  
ATTNY: Alvin Entin (cja) present  
VIOL: _____  
BOND REC: _____  
COUNSEL APPOINTED: _____  

FILED by ___ D.C.  
FEB 17 2000  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.  
2) Appear in court as directed.  
3) Surrender and/or do not obtain passports/travel documents.  
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.  
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.  
6) Maintain or seek full-time employment.  
7) Maintain or begin an educational program.  
8) No contact with victims/witnesses.  
9) No firearms.  
10) Curfew: _____  
11) Travel extended to: _____  
12) ___ Halfway House ___ Electronic Monitoring

Reading of indictment waived  
Not guilty plea entered  
Jury trial demanded  
Standing Discovery Order requested

AUSA to call Carline re tapes

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:  
INQUIRY RE COUNSEL: _____  
PTD/BOND HEARING: _____  
PRELIM/ARRAIGN. OR REMOVAL: 3-3-00   11:00am   Snow  
STATUS CONFERENCE: _____  
DATE: 2-17-00   TIME: 11:00am   TAPE # 00-017   PG # 6

818-

26