UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERRICK ANDERSON,
RICARDO JAMES, and
DAIREL WORRELL,

    Defendants.
_____/

CASE NO.: 00-6040-CR-ZLOCH

## MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, RICARDO JAMES, by and through his undersigned counsel and hereby files this Motion to Continue the trial presently scheduled for April 10, 2000, and states unto the Court as follows:

1. The trial in this matter is presently scheduled for the trial period commencing April 10, 2000, before the Honorable William Zloch.

2. Undersigned counsel was recently appointed as CJA counsel to represent the Defendant Ricardo James.

3. To date, undersigned counsel has not received the discovery from the Government.

4. As a result of the foregoing, undersigned counsel requests a continuance of the presently scheduled trial in order to receive the discovery, review the discovery with the Defendant and properly prepare for trial.

5. Undersigned counsel was unsuccessful in contacting Assistant United States Attorney Terrance Thompson with regard to his position on this motion.

WHEREFORE the Defendant respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail this 6th day of March, 2000 to Terrance Thompson, Esquire, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, Robert Berube, Esquire, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

ENTIN, MARGULES & DELLA FERA
**Attorney for Ricardo James**
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301
Telephone:   (954) 761-7201
Facsimile:    (954) 767-8343

By: _____
ALVIN E. ENTIN
Fla. Bar No. 127027