UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6040-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

DERRICK ANDERSON, et al.,  :

    Defendants.  :

FILED by ___ D.C.

MAR - 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## STATUS REPORT

A status conference was held in this cause on March 3, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided at the status conference.

2. Counsel for the defendant shall have until March 24, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 7th day of March, 2000.

                                          _Lurana S. Snow_
                                        LURANA S. SNOW
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Thompson (FTL)
Gary Kollin, Esq.
Alvin Entin, Esq.
Kenneth Hassett, Esq.