UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6040-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA

    Plaintiff,

v.

DERRICK ANDERSON,
RICHARD JAMES and
DAIREL WORRELL,

    Defendants.
_____/

NIGHT BOX FILED
APR 3 2000
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

<u>GOVERNMENT'S WITNESS LIST</u>

The United States of America, files its witness list, as follows:

The individuals are potential government witnesses in the above-captioned case:

    ALVEY, Edward;
    ANDERSON, Derrick;
    BRYANT, Michael;
    BULGRIN, Michael;
    MEDLEY, Laurel;
    MIHOK, Troy;



SHINN, Robert; and
WOLPERT, Dean.

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

By: _____
        TERRENCE J. THOMPSON
        Assistant United States Attorney
        Court No. A5500063
        500 E. Broward Blvd., Suite 700
        Fort Lauderdale, Florida  33301
        (954) 356-7306
        (954) 356-7228 (facsimile)
        Terrence.Thompson@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was served this **3rd** day of April, 2000, upon: Ted Crespi, Esq., 1776 N. Pine Island Road, Suite 218, Plantation, FL. 33322-5233; Alvin Entin, Esq., 200 E. Broward Blvd., Suite 1210, Fort Lauderdale, 33301-1908; and Kenneth Hassett, 201 Sevilla Avenue, Suite 202, Coral Gables, FL 33134-6616.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY