UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6040-CR-ZLOCH

FILED by _____ D.C.
APR 1  2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

RICARDO JAMES

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

**COURTROOM A**
**DATE & TIME:**
April 17, 2000 at 10:30 AM

**CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: April 11. 2000

cc:
Kathleen Rice, Esq., AUSA
Alvin Entin, Esq.


62