UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6040-CR-ZLOCH



UNITED STATES OF AMERICA

v.

RICARDO JAMES

---

| TYPE OF CASE | CRIMINAL |

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          August 11, 2000, at 10:30 AM

---

SENTENCING - RESET BY COURT

---

                                  CLARENCE MADDOX
                                  CLERK OF COURT

                                  BY DEPUTY CLERK

DATE: July 10, 2000

cc:
Terry Thompson, Esq., AUSA
Alvin Entin, Esq.
Probation

