UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6040-CR-ZLOCH   DATE  8-11-00
CLERK  Carline Neesley   REPORTER  Carl Schanzlek
PROBATION  Kathryn Gentz   INTERPRETER _____

UNITED STATES OF AMERICA v.  Ricardo James

U. S. ATTORNEY  Terry Thompson   DEFT COUNSEL  Alvin Entin

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Deft Awarded safety valve Reduction - Ct 1 - 46 months custody of BOP - 3 yrs Supervised Release - $100 assessment Spcl Cnds. Participate in Drug/Alcohol
JUDGMENT  Abuse Program (see JOC)  Entin appointed for appeal - Ct Recommends facility to treat Substance abuse problem.

CASE CONTINUED TO  _____   TIME _____   FOR _____

MISC _____

