-cr-06040-WJZ Document 94 Entered on FLSD Docket 10/24/2000 P
AO 245B (Rev. 8/96) Judgment in a Criminal Case;
Sheet 2 — Imprisonment

Judgment – Page 2 of 6

DEFENDANT: RICARDO JAMES
CASE NUMBER: 00-6040-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months.

[x] The court makes the following recommendations to the Bureau of Prisons:

a facility capable of treating the defendant substance abuse problems.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____ .
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before 2 p.m. on _____ .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on October 16, 2000 to Federal Prison Camp
at Cumberland, Maryland without ~~with~~ a certified copy of this judgment.

J. E. Gunja, Warden
~~UNITED STATES MARSHAL~~

By Lisa M. Burruss, L.I.E.
~~Deputy U.S. Marshal~~

94