# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

AUG 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
v.
RICARDO JAMES

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6040-CR-ZLOCH

ALVIN ENTIN, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) 1
[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | conspiracy to possess with intent to distribute cocaine | 2/2000 | |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) remaining (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 2/3/53
Defendant's USM No.: 55188-004
Defendant's Residence Address:

Defendant's Mailing Address:

Date of Imposition of Judgment: 8/11/00

/s/ William J. Zloch
Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

8/11/00

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

AO 245 S (Rev. 8/96) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment – Page 2 of 6

DEFENDANT: RICARDO JAMES
CASE NUMBER: 00-6040-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months.

[x] The court makes the following recommendations to the Bureau of Prisons:

a facility capable of treating the defendant substance abuse problems.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at _____ a.m./p.m. on _____ .
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2 p.m. on _____ .
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

TAL - JAX PF1
9-26-00
Mason W MP

Defendant delivered on _October 16, 2000_ to _Federal Prison Camp_
at _Cumberland, Maryland_ with a certified copy of this judgment.

Del To (w)
10-16-00 C.T.McKng

J. E. Gunja, Warden
~~UNITED STATES MARSHAL~~

By _L. M. Burcuse, L.I.E._
~~Deputy U.S. Marshal~~